COLUMBUS BAR ASSOCIATION *v.* GABA.

[Cite as *Columbus Bar Assn. v. Gaba* (1992), 64 Ohio St.3d 35.]

(No. 92–422—Submitted April 15, 1992—Decided June 17, 1992.)

*Bruce A. Campbell* and *Stanley D. Ross,* for relator.
*Lawrence Charles Gaba, pro se.*

*Per Curiam.* Having reviewed the record, we agree that respondent violated DR 1–102(A)(4), 6–101(A)(3), and 7–101(A)(1)–(3). We also agree with the sanction recommended by the board. Therefore, respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.